**Order entered October 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01270-CV

### IN RE KIMBERLY ASHMORE, Relator

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-03869**

## ORDER

Before Chief Justice Wright, Justice Bridges and Justice Stoddart

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.


        /s/     DAVID L. BRIDGES
               JUSTICE